IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASIF WILLIAM RAHMAN,<br><br>　　　　Defendant | Case No. 1:24-CR-249 |

## UNITED STATES NOTICE OF APPEAL AND STAY REQUEST

The United States of America, by Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and through Troy A. Edwards, Jr. and Anthony J. Rodregous, Assistant United States Attorneys, hereby appeals to the United States District Court from the order of the Honorable Ivan D. Davis releasing ASIF WILLIAM RAHMAN on conditions of release pending trial. (ECF No. 21). Additionally, the United States hereby incorporates all evidence proffered and contained within the detention memorandum filed on December 6, 2024, as well as arguments offered during the detention hearing on that same date.

On December 6, 2024, the defendant appeared before the Honorable Ivan D. Davis for a detention hearing pursuant to 18 U.S.C. § 3142. The United States presented argument in favor of detention, which the court denied and ordered the defendant released subject to conditions. Following the court's announcement, the United States indicated its desire to appeal and moved to stay the decision releasing the defendant on conditions, which Judge Ivan Davis denied because the defendant was still detained.

Accordingly, the United States hereby moves this Honorable Court, pursuant to 18 U.S.C. §§ 3142 and 3145(a)(1), for a stay of the Order of the Release of the defendant entered by

the Honorable Ivan D. Davis on December 6, 2024, until an appeal by the United States of the release order can be promptly heard by the Court.

The United States is aware that conditions precedent to the defendant's release could be met as early as Monday, December 9, 2024, and as such, respectfully requests expeditious resolution.

## Conclusion

For the foregoing reasons, the United States respectfully requests that the Order Setting Conditions of Release, entered on December 6, 2024 (ECF No. 21) be stayed pending appeal.

Respectfully submitted,

Jessica D. Aber
United States Attorney

_____
Troy A. Edwards, Jr.
N.Y. Bar No. 5453741
Anthony Rodregous
Assistant United States Attorneys
U.S. Attorney's Office, EDVA
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3746
Troy.Edwards@usdoj.gov

Brett Reynold
Trial Attorney
National Security Division, CES