# UNITED STATES DISTRICT COURT
## ** ARRAIGNMENT & BOND APPEAL HEARING **

Case No. **1:24cr249**　　　　　　　　　　　　　　　　　　　　Date: **12/11/2024**
Court Time: 11:03 a.m. – 12:16 a.m.
(01:13)

DOCKET ENTRY: ARRAIGNMENT AND BOND APPEAL HEARING

U.S.A. vs. **ASIF WILLIAM RAHMAN**

PRESENT: **Honorable Patricia Tolliver Giles**, U. S. District Judge
Paulina Miller, Deputy Clerk
S. Wallace, Court Reporter
Troy Edwards, Jr., Anthony Rodregous, Brett Reynolds (CES, Nat'l Security Div.) Asst. U. S. Attorney
Dorothy Jeffress, Deborah Curtis (phv), Attorney for Defendant
None, Interpreter

**PROCEEDINGS:**

☒ Defendant is arraigned and specifically advised of rights.

☒ Defendant waives reading of indictment - WFA

☐ Indictment/Information read.

**PLEA: NOT GUILTY ON ALL COUNTS**

☐ Defendant waived Speedy Trial and Court finds Speedy Trial to be waived - - Waiver of Speedy Trial entered in open Court.

MOTIONS TO BE FILED BY: No Date Set
w/ ARGUMENT ON: No Date Set
CASE CONTINUED TO: No Date Set  FOR JURY TRIAL

- Counsel are in discussions re: trial dates as well as complexity of case. Counsel should have a trial date proposal by the end of the week.
- Defendant evokes right to speedy trial.
- The Court DIRECTS counsel to file by pleading, anything re: complexity/speedy trial waiver documents.

☐ **Discovery Order entered in open Court**

[22] NOTICE OF APPEAL AND MOTION TO STAY by USA as to Asif William Rahman as to [21] Order Setting Conditions of Release – **MATTER ARGUED AND THE ORDER OF THE U.S. MAGISTRATE JUDGE IS REVERSED.**

**Deft**　☒ Remanded　　　☐ Continued on Bond　　　☐ Released on _____ Bond –
　　　　　　　　　　　　　　　　　　　　　　　　　　see Order Setting Conditions of Release