# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>   **vs.** )<br>)<br>**ASIF WILLIAM RAHMAN,** )<br>)<br>   **Defendant.** )<br>) | Case No. 1:24-cr-00249-PTG |

### NOTICE OF APPEAL

Defendant Asif W. Rahman hereby notes his appeal pursuant to 18 U.S.C. § 3145(c) and Federal Rule of Appellate Procedure 9(a) to the United States Court of Appeals for the Fourth Circuit from the Order directing that Defendant Asif W. Rahman be detained pending trial (Dkt. No. 29) entered in this Court on December 11, 2024.

Date: December 11, 2024

Respectfully submitted,

*/s/ Amy Jeffress*
Amy Jeffress (VA Bar No. 36060)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5968
Amy.Jeffress@arnoldporter.com

*/s/ Deborah Curtis*
Deborah Curtis (DC Bar No. 451716)
*Admitted pro hac vice*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5081
Deborah.Curtis@arnoldporter.com

*Attorneys for Defendant*