FILED: January 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4663
(1:24-cr-00249-PTG-1)

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

ASIF WILLIAM RAHMAN

 Defendant - Appellant

O R D E R

 Upon review of memoranda relative to this bail appeal, the court affirms the district court's order of detention and denies this appeal.

 Entered at the direction of Judge King with the concurrence of Chief Judge Diaz and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk