FILED: January 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4663
(1:24-cr-00249-PTG-1)

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ASIF WILLIAM RAHMAN

    Defendant - Appellant

J U D G M E N T

In accordance with the decision of this court, the order of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK